**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No. 21-md-02992-LAB<br><br>**ORDER:**<br>1) **SETTING STATUS CONFERENCE;**<br>2) **REQUIRING STATUS REPORT;**<br>3) **ESTABLISHING PROCEDURES FOR FILING AND DOCKETING;**<br>4) **ASSIGNING MAGISTRATE JUDGE; and**<br>5) **STAYING DEADLINES, DISCOVERY, AND MOTION PRACTICE** |

Pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multidistrict Litigation ("JPML") has transferred to this Court certain civil actions from multiple districts involving one or more common questions of fact for coordinated and consolidated pretrial proceedings. (ECF No. 1.)

The Court will hold a Status Conference in this matter on **July 19, 2021 at 11:30 a.m.** in Courtroom 14A in the James M. Carter and Judith N. Keep United

States Courthouse at 333 West Broadway, San Diego, CA 92101. At the Status Conference, the Court will discuss with counsel the status of these cases in addition to the following issues:

    A. The proposed organizational structure governing each group of parties whose interests are similarly aligned, including the appointment of lead, liaison, and/or coordinating counsel. In this regard:

        1) Counsel for each Plaintiff should immediately confer to discuss a proposed organizational structure and the selection of a plaintiffs' steering committee ("PSC") and lead, liaison, and/or coordinating counsel. If an agreement can be reached, plaintiffs' counsel must submit a recommended organizational structure and list of the selected lead, liaison, and/or coordinating counsel and the PSC members no later than July 6, 2021. Alternatively, if an agreement cannot be reached, the Court will determine a process and set a timeline for selection of the PSC and lead, liaison, and/or coordinating counsel at the Status Conference.

        2) The duties and responsibilities of the PSC will be set by the Court in a future order.

    B. Whether a master consolidated complaint or complaints will help facilitate or focus this case for dispositive motions and/or for trial. Any such master consolidated complaint should omit pendent state claims.

    C. Suggestions on the content and timing for submission of a proposed Case Management Order ("CMO").

    D. Counsel's proposed schedule for resolution of future dispositive motions.

In the interim, the Court **ORDERS**:

    A. Counsel for defendants must prepare and file a joint list of all related cases pending in state or federal court that have not yet joined this MDL

matter and, to the extent known, the status of those cases. This list must be submitted no later than **July 6, 2021**. Counsel for the defendants must also promptly notify plaintiffs' counsel in the cases not joined of this pending Status Conference.

B. Any party may submit proposed agenda items for the July 19, 2021 Status Conference by filing a list of such items no later than **July 6, 2021**. Any such list must not exceed two pages, without attachments, and must consist of bullet point items, without argument or legal analysis, reasoning, or justification.

C. All attorneys of record for parties who appeared in the transferor court prior to transfer of this MDL need not enter an additional appearance before this Court. Counsel who did not appear in a related action prior to the consolidation and who are not a member of the Bar of this Court may be admitted *pro hac vice* upon the proper filings with the Clerk of the Court as provided by the Local Rules of this District. An attorney admitted *pro hac vice* for the MDL shall be admitted *pro hac vice* for all member cases without the need for further *pro hac vice* motions or fees. All counsel are expected to familiarize themselves with prior court orders and proceedings from this Court, as well as the Local Rules of the Southern District of California (https://www.casd.uscourts.gov/_assets/pdf/rules/2021.03.24%20Local%20Rules.pdf).

D. All the parties shall comply with the Electronic Case Filing ("ECF") Administrative Policies and Procedures Manual for this District (https://www.casd.uscourts.gov/_assets/pdf/attorney/Electronic%20Case%20Filing%20Procedures%20Manual.pdf) for all documents submitted for filing before this Court. Service through ECF shall be deemed sufficient with no additional service required. Additionally, the Court establishes the following procedure for filing and docketing:

1) Case No. 21-MD-2992 is designated as the lead case for all related California unemployment benefits claims against Bank of America.

2) All filings related to the MDL that are generally applicable to all related cases are to be filed only in the lead case, 21-MD-2992. Non-exhaustive examples include discovery disputes and scheduling motions.

3) Filings that are specific to an individual plaintiff and that are not generally applicable to the MDL proceedings are to be filed only in the individual case assigned at filing. Non-exhaustive examples include joint or unopposed motions to file an amended complaint and motions to substitute plaintiff.

4) As of the date of this order, all new complaints involving unemployment claims against Bank of America must be filed individually and given their own individual case number at the time of filing. Counsel must indicate at the time of filing that such complaints are related to 21-MD-2992.

5) Minute entries for hearings generally applicable to all proceedings (e.g., motion hearings, status and case management conferences) will be docketed in the lead case, 21-MD-2992.

6) Minute entries for hearings that are not generally applicable will only be docketed in the individual case only, and not as part of the lead case.

7) Court orders that are generally applicable to all MDL cases **will be docketed in the designated lead case only**. No other generally applicable orders will be docketed in the individual cases following issuance of this order.

8) Court orders that are applicable only to an individual plaintiff will

    be docketed in the individual case only.

  9) Counsel not already associated with Case No. 21-MD-2992 are instructed file a notice of appearance in the lead case and the appropriate individual case(s).

E. All deadlines (including but not limited to those for responsive pleadings), all discovery, and all motion practice are **STAYED** until after entry of the CMO.

F. All parties shall take reasonable steps to preserve documents and other records, including electronic documents, containing information potentially relevant to the subject matter of this litigation.

G. Counsel may appear at the July 19, 2021 Status Conference in person or by telephone. The parties and party representatives need not participate. If counsel wish to participate by telephone, they must confer with other counsel of record and create an agreed-upon plan to set up a conference call to accommodate all interested counsel and circulate that plan among all known counsel. This plan and a list of all counsel participating by telephone must be submitted to the Court no later than **July 6, 2021.**

Finally, the Court assigns Judge Michael S. Berg to serve as the magistrate judge on the MDL and all member cases.

**IT IS SO ORDERED.**

Dated: June 15, 2021

Hon. Larry Alan Burns
United States District Judge