# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No.: 21-md-2992-LAB-MSB<br><br>Pertains to Civil Action No.: 21-cv-1087-LAB-MSB |
| ROBERT L. WILSON, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>  Defendant. | **ORDER RE VOLUNTARY DISMISSAL OF INDIVIDUAL CLAIMS [Dkt. 206]** |

On January 11, 2024, Plaintiff Robert L. Wilson filed a notice of voluntary dismissal without prejudice of his claims in his individual member case, *Wilson v. Bank of America, N.A.*, No. 21-cv-1087-LAB-MSB. (Dkt. 16). On January 12, 2024, Wilson filed a notice of voluntary dismissal without prejudice of his claims in the lead case in this consolidated multi-district litigation, *In re Bank of America California Unemployment Benefits Litigation*, No. 21-md-2992-LAB-MSB. (Dkt. 206). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Wilson's individual claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed

to terminate Plaintiff Robert L. Wilson from the lead case and his individual member case.

**IT IS SO ORDERED**.

Dated:  January 16, 2024

_____
Honorable Larry Alan Burns
United States District Judge